SAMUEL DI SIMONE, by JULIAN DI SIMONE, His Guardian ad Litem, Appellant, *v.* MICHAEL DI SIMONE, Respondent.

Submitted February 25, 1944; decided April 6, 1944.

*Dominick J. Parry* for appellant.

*John P. Gualtieri* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS and THACHER, JJ. Dissenting and voting for a new trial: RIPPEY, CONWAY and DESMOND, JJ.